UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

Plaintiff,

v.

JOHN DOE et al.,

Defendants.

CASE NO. 3:26-cv-05894-JNW

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court considers the Report and Recommendation ("R&R") of Magistrate Judge Brian A. Tsuchida and Plaintiff John Robert Demos Jr.'s objections to the R&R. Dkt. Nos. 2; 4. Demos is a bar-order litigant who attempts to proceed in forma pauperis ("IFP"). The R&R recommended dismissing this matter without prejudice under the bar order. *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982). Demos filed timely objections to the R&R. Dkt. No. 4.

The Court has considered de novo the record, Demos's objections, and the portions of the R&R to which Demos objected. *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). His primary objection is that his proposed complaint complies

with the bar order such that he should be allowed to file it pro se. But the Court agrees with the R&R's analysis.

Accordingly, the Court ORDERS:

1. The Court ADOPTS the Report and Recommendation.
2. The Court OVERRULES Plaintiff's objections. Dkt. No. 4.
3. Plaintiff's proposed complaint is dismissed without prejudice (Dkt. No. 1), the IFP application is denied (Dkt. No. 1 at 11), and this case is closed.

Dated this 16th day of September 2026.

Jamal N. Whitehead
United States District Judge